[Nos. 39670-0-II; 40004-9-II.   Division Two.   August 5, 2010.]

ROSE HOWELL, *Appellant*, v. ARLIS J. PLOTNER, *as Personal Representative, Respondent*.

Appeals from a judgment of the Superior Court for Clark County, No. 01-2-02693-7, Robert L. Harris, J., entered July 17, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 39679-3-II.   Division Two.   August 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. K.J.C., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-8-00017-3, Christine Schaller, J. Pro Tem., entered July 16, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[Nos. 23545-9-III; 27434-9-III.   Division Three.   August 5, 2010.]

*In the Matter of the Detention of* WILLIAM DAVENPORT.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DAVENPORT, *Appellant*.

Appeals from a judgment of the Superior Court for Franklin County, No. 99-2-50349-2, Dennis D. Yule, J., entered October 29, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 27489-6-III.   Division Three.   August 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN ANTHONY BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-1-02207-0, Michael E. Schwab, J., entered August 13, 2008. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.